UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DuWayne Allen Bohner, | Court File No.: 10-4621 (DWF/LIB) |
| Plaintiff, | |
| vs. | **DEFENDANT LHR INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| LHR Inc. and Bank of America, | |
| Defendants. | |

The undersigned, counsel of record for Defendant LHR Inc., furnishes the following in compliance with Federal Rule of Civil Procedure 7.1:

(a)   *LHR's parent corporation, if any:*

None.

(b)   *A list of publicly held companies owing 10% or more of LHR, Inc.'s stock:*

None.

Dated:  January 31, 2011

s/ Livia E. Babcock
Livia E. Babcock (#299443)
Margaret R. Ryan (#0331181)
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

and

Alicia C. Rood
Schroder Joseph & Associates, LLP
766 Ellicott Street
Buffalo, New York 14203
(716) 912-3813
*Awaiting pro hac vice admission*

7720109.1

***Attorneys for Defendant LHR Inc.***