AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
APR 19 2011
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| DUWAYNE ALLEN BOHNER, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-4621 (DWF/LIB) |
| LHR INC., and BANK OF AMERICA, | ) |
| *Defendant* | ) |

2011 MAR 10 P 12:04
RECEIVED
US MARSHALS SERVICE
MPLS MN

Amended
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bank of America
SEE USM 285 Form

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DuWayne Allen Bohner
2559 230th Street
Rothsay, MN 56579

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   RICHARD D. SLETTEN

Date:   03/09/2011

*Signature of Clerk or Deputy Clerk*

SCANNED
APR 19 2011
U.S. DISTRICT COURT MPLS

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
100 North Tryon Street
Charlotte, NC. 28255

0:10-cv-04621-DWFLIB

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ⎯⎯⎯⎯⎯⎯⎯⎯
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
MAR 2 6 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☑ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7004 0550 0001 5408 5590

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

U.S. Department of Justice / United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

PLAINTIFF: DuWayne Allen Bohner
COURT CASE NUMBER: 0:10-CV-04621-DWF LIB
DEFENDANT: Bank of America
TYPE OF PROCESS: Civil Complaint

SERVE: Bank of America Corporate Center, Chief Financial Officer
ADDRESS: 100 North Tryon Street, Charlotte, North Carolina 28255

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
DuWayne A. Bohner
2959 230th St
Rothsay, MN 56579

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

RECEIVED MAR 21 2011
United States Marshals Service
Western North Carolina

SPECIAL INSTRUCTIONS:
BOA. National Association office
805 8th St, Suite 3500
Minneapolis, MN 55402

Signature: DuWayne A. Bohner
PLAINTIFF [X]
TELEPHONE NUMBER: 218-329-1575
DATE: 3-7-2011

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY**

District of Origin No. 41
District to Serve No. 58
Date: 3/18/11

Date of Service: 3/26/11

Service Fee: $8.00
Forwarding Fee: 8
Amount of Refund: $0.00

REMARKS: 3/21/11: Received and mailed certified with return receipt request. Postal# 7004 0550 0001 5408 5590. 3/30/11: Return receipt indicates date of service as 3/26/11, closed in JDIS, 285 returned.

3/30/11: Returned to District 41

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)