# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| DUWAYNE ALLEN BOHNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO:  10 CV 4621 DWF/L |
| LHR, INC. and BANK OF AMERICA | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT BANK OF AMERICA'S NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that a hearing on Defendant Bank of America's Motion to Dismiss has been scheduled for July 22, 2011 at 9:30 a.m. before Magistrate Judge Leo I. Brisbois in Courtroom 2, United States District Courthouse, 118 South Mill Street, Fergus Falls, MN 56537.

Dated:  May 3, 2011    FISH & RICHARDSON P.C.

By: s/Ann N. Cathcart Chaplin
    One of Its Attorneys

Ann N. Cathcart Chaplin (#284865)
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: 612-337-5070
Fax: 612-288-9696

Of Counsel:

Gary S. Caplan (#6198263)
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312-207-1000
Fax: 312-207-6400

Attorneys for Bank of America