

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

| | | | |
|---|---|---|---|
| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
| 316 North Robert Street | 300 South Fourth Street | 515 West First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |

May 13, 2011

DuWayne Allen Bohner
2559 230th Street
Rothsay, MN 56579


**Re:** *Bohner v. LHR, Inc, et al.* **10-cv-4621 (DWF/LIB)**

Dear DuWayne Allen Bohner:

On April 21, 2011, the Clerk's Office received and filed your Judgment by Default (Doc. No. 19), and on April 28, 201, the Clerk's Office received and filed your Request for Entry of Default with the Clerk of Court (Doc. No. 25 ) in the above referenced case. After reviewing the docket in your case, your requests for default are being denied since the defendant has not failed to plead or otherwise defend as required by Federal Rule of Civil Procedure 55(a).


Sincerely,

**Richard D. Sletten, Clerk**


s/ Thomas S. Schappa
By: Thomas S. Schappa, Civil Supervisor