UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DUWAYNE ALLEN BOHNER, | Civ. No. 10-4621 (DWF/LIB) |
| Plaintiff, | |
| v. | **NOTICE OF HEARING** |
| LHR, INC. & BANK OF AMERICA, | |
| Defendant. | |

---

On April 28, 2011, the Plaintiff filed a Motion for Default Judgment (Docket No. 23).

IT IS HEREBY ORDERED - -

That the Motion for Default (Docket No. 23) will be heard on **July 22, 2011 at 9:30 a.m. before Magistrate Judge Leo I. Brisbois in Courtroom 2, United States District Courthouse, 118 Mill Street, Fergus Falls, MN 56537**.  The parties' briefing shall comply with Local Rule 7.1(b) and the Federal Rules of Civil Procedure.


DATED:  May 24, 2011					s/Leo I. Brisbois
							LEO I. BRISBOIS
							United States Magistrate Judge