# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| DuWayne Allen Bohner, | COURT MINUTES - CIVIL |
| | BEFORE: Leo I. Brisbois |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No:  10-4621 (DWF/LIB) |
| | Date:  July 22, 2011 |
| LHR Inc. & Bank of America, | Court Reporter:  Debra Nelson |
| | Time Commenced:  9:30 A.M. |
| Defendants. | Time Concluded:  10:00 A.M. |
| | Time in Court:  0 Hours & 30 Minutes |

APPEARANCES:

    For Plaintiff:        DuWayne Allen Bohner, Pro Se
    For Defendant:     Adam R. Steinert

Motions taken under advisement as of:    7/22/2011

Plaintiff's Motion for Default Judgment [Docket No. 23]
Defendant Bank of America's Motion to Dismiss [Docket No. 28]

☐ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☒ R&R TO BE ISSUED    ☐ NO R&R TO BE ISSUED

    s/Gina Fiorini
Signature of Law Clerk