## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DuWayne Allen Bohner,                                    Civil No. 10-4621 (DWF/LIB)

          Plaintiff,

v.                                                       **ORDER ADOPTING REPORT
                                                  AND RECOMMENDATION**

LHR Inc. and Bank of America,

          Defendants.

___

DuWayne Allen Bohner, *Pro Se*, Plaintiff.

Livia E. Babcock, Esq., and Margaret R. Ryan, Esq., Meagher & Geer, PLLP; and Alicia C. Rood, Esq., Schroder Joseph & Associates LLP, counsel for Defendant LHR Inc.

Ann N. Cathcart Chaplin, Esq., Fish & Richardson PC; and Gary S. Caplan, Esq., Reed Smith LLP, counsel for Defendant Bank of America.

___

This matter is before the Court upon Plaintiff DuWayne Allen Bohner's *pro se* self-styled objections to Magistrate Judge Leo I. Brisbois's August 8, 2011 Report and Recommendation insofar as it recommends that (1) Plaintiff's Motion for Default Judgment be denied; and (2) Defendant Bank of America's Motion for Partial Dismissal be granted and that the Plaintiff's claims against Bank of America for violating the FDCPA be dismissed without prejudice.  Defendant Bank of America responded to Plantiff's objections.  (Doc. No. 45.)

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Plaintiff's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. Plaintiff DuWayne Allen Bohner's *pro se* self-styled objections (Doc. No. [43]) to Magistrate Judge Leo I. Brisbois's August 8, 2011 Report and Recommendation are **DENIED**.

2. Magistrate Judge Leo I. Brisbois's August 8, 2011 Report and Recommendation (Doc. No. [42]), is **ADOPTED**.

3. Plaintiff's Motion for Default Judgment (Doc. No. [23]) is **DENIED.**

4. Defendant Bank of America's Motion for Partial Dismissal (Doc. No. [28]) is **GRANTED** and the Plaintiff's claims against Bank of America for violating the FDCPA are **DISMISSED WITHOUT PREJUDICE**.

Dated: September 24, 2011     s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge